## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
     Plaintiff,

          v.

CHICAGO TRIBUNE-NEW YORK NEWS
SYNDICATE, INC., *et al.*,
     Defendants.

1:20-mc-795

(originally Civil Action Nos. 67 Civ. 4596, 67 Civ. 4597, 67 Civ. 4598)

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: December 23, 2020

     New York, New York

United States District Court Judge
Southern District of New York